UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEGGY TATUM on behalf of herself and all, others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>TALKING RAIN BEVERAGE COMPANY, INC.,<br><br>            Defendant. | Case No.  3:22-cv-03525-JCS<br><br>**[P~~ROPOSED~~] ORDER REGARDING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Judge: Hon. Trina L. Thompson<br>Complaint Filed:     June 15, 2022 |

1. Having reviewed the above Stipulation and Proposed Order Regarding Joint Case Management Conference Statement, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this order.

Initial Case Management Conference set for January 19, 2023, at 2 pm.

A Joint Case Management Statement is due by January 12, 2023.

IT IS SO ORDERED AS MODIFIED.

Dated: _____

THE HONORABLE TRINA L. THOMPSON