1  David Elliot (SBN 270381)
   ELLIOT LAW OFFICE, PC
2  2028 3rd Avenue
   San Diego, CA  92101
3  Telephone: (858) 228-7997
4  Email: davidelliot@elliotlawoffice.com

5  *Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PEGGY TATUM, on behalf of herself and all others similarly situated, | Case No. 3:22-cv-03525-TLT |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| TALKING RAIN BEVERAGE COMPANY, INC., | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that David Elliot, an attorney with the Elliot Law Office, PC, hereby enters his appearance as counsel of record for Plaintiff Peggy Tatum in the above-captioned matter. It is respectfully requested that Mr. Elliot be added to the service list of this action and that copies of all pleadings and notices be forwarded to him at the following address:

> ELLIOT LAW OFFICE, PC
> David Elliot (270381)
> 2028 3rd Avenue
> San Diego, CA  92101
> Telephone: (858) 228-7997
> Email: davidelliot@elliotlawoffice.com

Mr. Elliot is licensed to practice law in the State of California and is a member in good standing with the California State Bar.

Respectfully submitted,

DATED: November 22, 2022        ELLIOT LAW OFFICE, PC

By:   *s/David Elliot*
David Elliot (270381)
2028 3rd Avenue
San Diego, CA  92101
Telephone: (858) 228-7997
Email: davidelliot@elliotlawoffice.com

*Counsel for Plaintiff*

- 1 -
NOTICE OF APPEARANCE
Case No. 3:22-cv-03525-TLT

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On November 22, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 22, 2022, at San Diego, California.

                                            *s/David Elliot*
                                            David Elliot