1 **GLANCY PRONGAY & MURRAY LLP**
Kevin F. Ruf (SBN 136901)
2 Marc L. Godino (SBN 182689)
3 1925 Century Park East, Suite 2100
Los Angeles, CA 90067
4 Telephone: (310) 201-9150
Facsimile: (310) 201-9160
5 Email: kruf@glancylaw.com
Email: mgodino@glancylaw.com
6

7 *Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEGGY TATUM on behalf of herself and all, others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TALKING RAIN BEVERAGE COMPANY, INC.,<br><br>Defendant. | Case No.  3:22-cv-03525-TLT<br><br>**STIPULATION FOR DISMISSAL**<br><br>[F.R. Civ. P. 41(a)(1)(A)(ii)] |

**IT IS HEREBY STIPULATED**, by and among plaintiff Peggy Tatum and defendant Talking Rain Beverage Company, Inc., by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice as to plaintiff's individual claims and without prejudice as to the class claims.

Pursuant to Rule 41(a)(1)(A)(ii), this stipulated dismissal will be effective immediately upon filing without the need for a Court order.

Dated:  October 11, 2023                COOLEY LLP


By: *s/ Michelle C. Doolin*
    Michelle C. Doolin

Attorneys for Defendant
Talking Rain Beverage Company, Inc.

Dated:  October 11, 2023                GLANCY PRONGAY & MURRAY LLP


By: *s/ Marc L. Godino*
    Marc L. Godino

    Attorneys for Plaintiff
    Peggy Tatum

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On October 11, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 11, 2023, at Los Angeles, California.

*s/ Marc L. Godino*
Marc L. Godino